# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| MICHELLE D. KAUL, | ) |
| Plaintiff, | ) |
| vs. | ) CIVIL ACTION NO. 10-0231-CG-C |
| BRETT ROBINSON GULF CORPORATION, et al., | ) |
| Defendants. | ) |

## JUDGMENT

In accordance with the court's order entered this date and on November 4, 2010 (Doc. 45), it is **ORDERED**, **ADJUDGED** and **DECREED** that **JUDGMENT** be and is hereby entered in favor defendant, Brett Robinson Gulf Corporation, and against plaintiff, Machelle D. Kaul. Therefore, plaintiff's claims against the aforementioned defendant are hereby **DISMISSED WITH PREJUDICE**.[1] Costs are to be taxed against the plaintiff.

**DONE and ORDERED** this 3rd day of May, 2011.

/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE

---

[1] The plaintiff's claims against defendants Lee Smith and Larry Stricklin were dismissed by order dated August 31, 2010 (Doc. 28).