IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| MICHELLE D. KAUL, | ) |  |
|---|---|---|
| Plaintiff, | ) ) ) | |
| vs. | ) | CIVIL ACTION NO. 10-0231-CG-C |
| BRETT ROBINSON GULF CORPORATION, et al., | ) ) ) ) | |
| Defendants. | ) | |

**AMENDED JUDGMENT**

In accordance with the court's order entered on May 4, 2011 (Doc. 82), and on November 4, 2010 (Doc. 45), it is **ORDERED**, **ADJUDGED** and **DECREED** that **JUDGMENT** be and is hereby entered in favor defendant, Brett Robinson Gulf Corporation, and against plaintiff, Machelle D. Kaul. Therefore, plaintiff's claims against the aforementioned defendant are hereby **DISMISSED WITH PREJUDICE**.[1] Costs are to be taxed against the plaintiff.

It is further **ORDERED, ADJUDGED** and **DECREED,** in accorance with the court's order granting the defendant's motion for an award of attorneys' fees (Doc. 82), that **JUDGMENT** is hereby entered for defendant, Brett Robinson Gulf Corporation, and against plaintiff, Machelle D. Kaul, in the amount of SEVEN HUNDRED SIXTY AND 50/100 DOLLARS ($760.50).

**DONE** and **ORDERED** this 5th day of May, 2011.

/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE

---

[1] The plaintiff's claims against defendants Lee Smith and Larry Stricklin were dismissed by order dated August 31, 2010 (Doc. 28).